John Goldstein, appellee, v. Chicago Railways Company and Chicago City Railway Company, operating under name of Chicago Surface Lines, appellants. Gen. No. 24,844.

Action to recover for personal injuries in ejection from street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed March 18, 1920. Rehearing denied March 31, 1920.

Philip Rosenthal and Watson J. Ferry, for appellants; W. W. Gurley and J. R. Guilliams, of counsel. Northup, Fairbank & Klein, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

## SECOND DISTRICT.

Walter B. Stroud, appellee, v. Maddra J. Hewlett, appellant. Gen. No. 6,755.

Action to recover for services rendered and failure to transfer a half interest in a patent. Judgment for plaintiff. Appeal from the City Court of Kewanee; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed December 17, 1919.

James H. Andrews, for appellant. John T. Cummings, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

Cyclone Blow Pipe Company, defendant in error, v. Empire Manufacturing Company, plaintiff in error. Gen. No. 6,700.

Action to recover by subrogation under section 17, paragraph B, of the Workmen's Compensation Act of 1911. Judgment for plaintiff. Error to the Circuit Court of Winnebago county; the Hon. Frank E. Shopen, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

A. D. Early and B. B. Early, for plaintiff in error. Fisher, North, Welsh & Linscott and Moses, Rosenthal & Kennedy, for defendant in error; Walter Bachrach and Henry Jackson Darby, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

David C. Pfoutz, appellee, v. Alvin F. Riley, appellant. Gen. No. 6,716.

Action for commissions due for procuring purchaser for farm. Judgment for plaintiff. Appeal from the County Court of Winnebago county; the Hon. Fred E. Carpenter, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 9, 1920.

Roy F. Hall, for appellant. Frank M. Ryan and Charles W. Ferguson, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.